**FILED**

FEB 28 2024

DAVID CREWS CLERK

By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

Criminal Action No.: 3:24CR 16

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(a)(3)

MUSTAFAA SULAIMAAN

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 18, 2022, in the Northern District of Mississippi, MUSTAFAA SULAIMAAN, defendant, knowingly and with intent to defraud, possessed device-making equipment, being a card reader designed to encode information on credit and gift cards' magnetic stripes, said possession affecting interstate commerce, in that MUSTAFAA SULAIMAAN, defendant, or another unknown person used the card reader to encode stolen access devices (credit and account numbers of other persons) on 48 gift cards which were then used and were intended to be used to purchase goods and services from businesses engaged in interstate commerce, in violation of in violation of 18 U.S.C. § 1029(a)(4) and (c)(1)(a)(ii).

## COUNT TWO

On or about October 18, 2022, in the Northern District of Mississippi, MUSTAFAA SULAIMAAN, defendant, knowingly and with intent to defraud, possessed unauthorized access devices, being 48 gift cards with stolen access devices encoded on their magnetic strips, said stolen credit card account numbers belonging to and stolen from other persons, said possession affecting interstate and foreign commerce, in that the unauthorized access devices were used and were intended to be used to purchase goods and services from businesses engaged in interstate commerce, in violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(a)(i).

A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

_/s/ Redacted Signature_____
FOREPERSON